FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 JUL 16 PM 3: 20
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>JORGE ALBERTO SAINZ NAVARRETE<br><br>Defendants. | **8:16CR248**<br><br>**ORDER** |

This matter is before the Court on the Defendant's Motion to Extend Filing Deadline, ECF No. 382. The Defendant asks for an extension of time to file post-trial motions pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure.

The jury verdict in this case was rendered on June 15, 2018, and the jury was discharged on that day. Under Federal Rule of Criminal Procedure 29(c)(1), "[a] defendant may move for a judgment of acquittal, or renew such a motion, within 14 days after a guilty verdict or after the court discharges the jury, whichever is later." Under Federal Rule of Criminal Procedure 33(b)(2), "[a]ny motion for a new trial grounded on any reason other than newly discovered evidence must be filed within 14 days after the verdict or finding of guilty." Accordingly, the time for filing motions under Rule 29(c)(1) and 33(b)(2) expired at the close of the day on June 29, 2018. The Defendant's Motion to Extend Filing Deadline, ECF No. 382, was not filed until July 13, 2018, two weeks after the expiration of the filing deadlines.

Accordingly,

IT IS ORDERED:

The Defendant's Motion to Extend Filing Deadline, ECF No. 382, is denied.

Dated this 16th day of July 2018.

BY THE COURT:

s/ [signature]
Chief United States District Judge