## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:16CR248** |
| **vs.** | |
| **JORGE ALBERTO SAINZ NAVARRETE,** | **FORFEITURE MONEY JUDGMENT** |
| **Defendant.** | |

This matter is before the Court on plaintiff's Motion for Forfeiture Money Judgment in the amount of amount of $192,000.00 in relation to Count I, and $125,105.00 in relation to Count XI, ECF No. 404.  On September 19, 2018, the Court entered Judgment against Defendant Navarrete, imposing a life term of imprisonment on Count I and 240 months on Counts XI, XVII and XIX.  ECF No.  423 at 1-2.  The Judgment also provides that Defendant, "shall forfeit the defendant's interest" in property to be specified in a final order of forfeiture. *Id*. at 2.

On September 21, 2018, this Court entered a Preliminary Order of Forfeiture, finding that Defendant must pay a forfeiture money judgment in the amount of $192,000.00 in relation to Count I concurrent with the amount of $125,105.00 in relation to Count XI.  ECF No. 425, at 1-2.  The United States seeks only a Forfeiture Money Judgment and does not seek to forfeit any identified and available substitute assets. The United States now seeks a Final Order of Forfeiture pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2) and Fed. R. Crim. P. 32.2(b)(4). The Court has reviewed the record and concludes the Government's motion should be granted.

Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion for Forfeiture Money Judgment, ECF No. 404, is granted;

2. Defendant has been sentenced, and the Preliminary Order of Forfeiture regarding the money judgment amount of $192,000.00 concurrent with the money judgment in the amount of $125,105.00, is now final. *See* Fed. R. Crim. P. 32.2(b)(4)(A).

3. Although no currency or funds in any financial account are currently available for seizure, pursuant to 21 U.S.C. §§ 853(p)(1) and (p)(2), the Court retains jurisdiction to enter any further order necessary to effectuate the forfeiture money judgment, and specifically, to order any substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

Dated this 22nd day of April 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge